IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:20-cr-16 |
| | ) | |
| v. | ) | (18 U.S.C. §§ 2252(a)(2), 2252(b)(1), |
| | ) | 2252(b)(2), and 2252(a)(4)(B)) |
| MATTHEW MICHAEL WALTER | ) | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

From on or about August 21, 2019, to on or about August 22, 2019, in the Western District of Pennsylvania, the defendant, MATTHEW MICHAEL WALTER, did knowingly receive and attempt to receive a visual depiction of a minor using any means and facility of interstate and foreign commerce, namely, a computer and the Internet, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and that depicted a minor engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT TWO

The grand jury further charges:

On or about August 22, 2019, in the Western District of Pennsylvania, the defendant, MATTHEW MICHAEL WALTER, did knowingly possess one or more visual depictions, namely, images in individual computer graphic files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depicted prepubescent minors and minors who have not attained twelve years of age, engaging in sexually explicit conduct, all of which had been shipped and transported in interstate and foreign commerce, by means of a computer, and all of which had been produced using materials which had been mailed and shipped in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One and Two of this Indictment are incorporated herein by reference as though fully set forth herein for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. As a result of the commission of the violations charged in Count One and Count Two of this Indictment, the defendant, MATTHEW MICHAEL WALTER, did use the following to commit or to promote the commission of said violations:

   (a) One (1) HP Desktop Computer, serial number 2UA1061N46;
   (b) One (1) Compaq Desktop Computer, serial number 3CR0490TF7;
   (c) 591 Compact Discs / DVD's;
   (d) LG Phoenix Plus Cellphone;
   (e) Six (6) Thumb Drives;
   (f) Four (4) Micro SD Cards;
   (g) Sony Memory Stick;
   (h) Sony Camera with memory card, serial number 6654501;
   (i) Blue Camera, Model QC0309;
   (j) Seagate Hard Drive, 1TB, serial number 6VPGJ51V;
   (k) Seagate Hard Drive, 80GB, serial number 5LRBCCNB;
   (l) Seagate Hard Drive, 1000GB, serial number C1G54N5M;
   (m) Western Digital Hard Drive, 250GB, serial number WCC2EV050870;
   (n) Western Digital Hard Drive 1TB, serial number WX51A1467659;
   (o) Apple Laptop, Model A1133;
   (p) Toshiba SateLite Laptop, serial number 1D034114Q; and
   (q) Mac Desktop Computer, Model A1186, serial number G886014NXYL

3. If through any act or omission by the defendant, MATTHEW MICHAEL WALTER, any or all of the property described in paragraphs 2 and 3 above (hereinafter the "Subject Property"):

   (a) Cannot be located upon the exercise of due diligence;

    (b)    Has been transferred, sold to, or deposited with a third person;

    (c)    Has been placed beyond the jurisdiction of the Court;

    (d)    Has been substantially diminished in value; or

    (e)    Has been commingled with other property which cannot be subdivided without difficulty;

the United States intends to seek forfeiture of any other property of the defendant, MATTHEW MICHAEL WALTER, up to the value of the Subject Property forfeitable above pursuant to Title 18, United States Code, Section 2253(a)(3), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

WHEREFORE, the government seeks forfeiture of the subject property pursuant to Title 18, United States Code, Section 2253(a)(3), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A True Bill

_____
FOREPERSON

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352