Dear Judge Gibson,

my name is Tina Leamer I am independent general contractor cleaning rental properties. I am also Matthew Walter's mother. Matthew is and always will be a good person who does know right from wrong and would give you anything he had to help you. He spent time when he was younger helping his stepfather working in the garage on project cars and helping an older gentleman in the neighborhood in his wood shop. Due to Matthews mental difficulties his IQ is on the level of an elementary age child. Not an excuse for the crime but an obvious link. As a mother I ask you to take this into consideration. I will always care deeply for my son regardless of what wrongs he has committed.

 Sincerely

Tina Leamer.

EXHIBIT A