IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:20-cr-16 |
| | ) | |
| MATTHEW MICHAEL WALTER | ) | |

MOTION TO DISMISS COUNT ONE

AND NOW comes the United States of America, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Maureen Sheehan-Balchon, Assistant United States Attorney for said district, and pursuant to a plea agreement, the United States moves this Honorable Court to dismiss Count One of the indictment returned in the above-captioned case for the reason that on September 23, 2021, the said defendant, Matthew Michael Walter entered a plea of guilty as to Count Two, and was sentenced thereon on February 11, 2022.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

*/s/ Maureen Sheehan-Balchon*
MAUREEN SHEEHAN-BALCHON
Assistant U.S. Attorney
PA ID No. 78059